# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

MATTIE NELL BOYCE,

          Plaintiff,

vs.

TRANS UNION LLC,

          Defendant.

Case No. 1:23-cv-00149-SEB-MG

**ORDER**

Upon review of the Parties' Stipulation for Dismissal with Prejudice and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:   6/6/2023

_____

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to counsel of record via CM/ECF

1